United States District Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO RAMOS, JR., § <br> "Plaintiff," § <br> § <br> v. § <br> § <br> ROLANDO TRUJILLO, SR., in his official § <br> capacity, and THE CITY OF § <br> BROWNSVILLE, TEXAS, § <br> "Defendants." § | Civil Action No. 1:24-cv-00141 |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's "Report and Recommendation" (Dkt. No. 29) ("R&R"). The R&R recommends that the Court grant "Defendants' Motion to Dismiss" (Dkt. No. 28) ("MTD") and dismiss Plaintiff's "Complaint" (Dkt. No. 1) and "Amended Complaint" (Dkt. No. 17).

Objections to the R&R were due September 17, 2025. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 29) is **ADOPTED**. Plaintiff's Complaint (Dkt. No. 1) and Amended Complaint (Dkt. No. 17) are **DISMISSED** with prejudice. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on this 24th day of September 2025.

Rolando Olvera
United States District Judge